## Paul E. Gierz, Appellee, v. John Rus, Appellant.

### Gen. No. 19,909.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. DAVID
SULLIVAN, Judge, presiding. Heard in the Branch Appellate Court
at the October term, 1913. Affirmed. Opinion filed November 10,
1914. Rehearing denied November 24, 1914.

### Statement of the Case.

Paul E. Gierz, plaintiff, brought action for damages
for an alleged failure of John Rus, defendant, to
comply with and complete a contract for the erection
of a building.   When the case was tried without a
jury, by consent of the parties, the trial judge in-
spected the premises in question.   Defendant claimed
a set-off of $175.   A judgment was entered in favor
of the plaintiff for $475, and from this judgment de-
fendant appeals.

EDWARD J. HERDLICKA, for appellant.

EDWARD J. GREEN, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion
of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1303*—*presumption when all the evidence is
not preserved.* Where it is evident that a reviewing court has not
before it all the evidence upon which the trial court acted, the
presumption obtains that the evidence omitted would support the
judgment even though the evidence as preserved by the record is
insufficient to sustain its finding of damages for failure to comply
with and complete a building contract.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.